DANIEL J. BRODERICK, Bar #89424
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
KEVIN STANLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KEVIN STANLEY, )<br>)<br>Defendant. )<br>)<br>_____ ) | Case No. 1:08-cr-00278 OWW<br><br>STIPULATION TO CONTINUE STATUS<br>CONFERENCE AND ORDER THEREON<br><br>DATE: January 5, 2009<br>TIME : 9:00 a.m.<br>DEPT : Hon. Oliver W. Wanger |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, DAVID L. GAPPA, Assistant United States Attorney, counsel for Plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for Defendant Kevin Stanley, that the date for status conference in this matter presently set for December 8, 2008 may be continued to **January 5, 2009 at 9:00 a.m.**

    The continuance is requested to allow additional time for Mr. Stanley to consider a pending plea offer. The parties agree that the delay resulting from the continuance shall be excluded in the interests of

///
///
///
///
///

justice including, but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. § 3161(h)(B)(iv).

DATED: December 4, 2008        MCGREGOR W. SCOTT
                               United States Attorney

                                /s/ David L. Gappa
                               DAVID L. GAPPA
                               Assistant U.S. Attorney
                               Attorney for Plaintiff


DATED:  December 4, 2008       DANIEL J. BRODERICK
                               Federal Defender

                               /s/ Eric V. Kersten
                               ERIC V. KERSTEN
                               Assistant Federal Defender
                               Attorney for Defendant


## **O R D E R**

IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(B)(iv).

IT IS SO ORDERED.

**Dated:    December 4, 2008**              /s/ Oliver W. Wanger
                                       UNITED STATES DISTRICT JUDGE