IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR-F-08-00278 OWW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| KEVIN STANLEY, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Because the defendant has been ordered detained and transported to the Central District of California to face charges similar to those brought in the indictment in this district, the charges in the indictment pending against the above-named defendant in this district are dismissed without prejudice.

IT IS SO ORDERED.

**Dated:   June 16, 2009**               /s/ Oliver W. Wanger
                                          UNITED STATES DISTRICT JUDGE